RECEIVED
JAN 24 2014
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TIMOTHY C. SAMPLE,  )
    Plaintiff(s),  )
  )
vs.  )  Case No. 4:13-CV-00699-JAR
  )
UNION PACIFIC RAILROAD COMPANY,  )
    Defendant(s),  )

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.

#### Option 2

☑ A final ADR conference was held on: __1/22/14__.

☑ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __1/22/14__. The parties [☑ did ☐ did not] achieve a settlement. Check one

#### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __1/22/14__  Neutral: _/s/ Brendan Ryan_
                                      RYAN, BRENDAN
                                      Signature