UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TIMOTHY SAMPLE,  )<br> )<br>            Plaintiff,   )<br> )<br>*substituted by*,  )<br>**A. Jan Thomas, Jr.**  )<br>*Trustee of the Chapter 7*  )<br>*Bankruptcy Estate*  )<br>*of Timonthy C. Sample*  )<br>*for Timothy C. Sample*  )<br> )<br>vs.   )<br> )<br>UNION PACIFIC RAILROAD  )<br>COMPANY, a Corporation,  )<br> )<br>            Defendant.  ) | Cause No. 4:13-CV-699-JAR |

## *NOTICE OF DISMISSAL*

COMES NOW Plaintiff and hereby dismisses his above cause of action against Defendant.

Respectfully Submitted,

C. MARSHALL FRIEDMAN, P.C.

By:   s:/ C. Marshall Friedman
C. Marshall Friedman, #19131MO
1010 Market Street, 13th Floor
St. Louis, Missouri 63101
314.621.8400 Phone
314.621.8843 Fax
cmf@friedman-legal.com

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 19, 2015, I electronically filed the foregoing and the attached proposed order with the Clerk of the Court using the CM/ECF system which will give notice of such filing to all parties.

                                                  <u>s:/ C. Marshall Friedman</u>

                                                  C. Marshall Friedman