UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TIMOTHY SAMPLE,<br><br>　　　　Plaintiff,<br><br>*substituted by*,<br>**A. Jan Thomas, Jr.**<br>*Trustee of the Chapter 7*<br>*Bankruptcy Estate*<br>*of Timonthy C. Sample*<br>*for Timothy C. Sample*<br><br>vs.<br><br>UNION PACIFIC RAILROAD<br>COMPANY, a Corporation,<br><br>　　　　Defendant. | Cause No. 4:13-CV-699-JAR |

### *NOTICE OF DISMISSAL*

COMES NOW Plaintiff and hereby dismisses his above cause of action against Defendant.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　C. MARSHALL FRIEDMAN, P.C.

　　　　　　　　　　　　By:　s:/ C. Marshall Friedman
　　　　　　　　　　　　　　　C. Marshall Friedman, #19131MO
　　　　　　　　　　　　　　　1010 Market Street, 13th Floor
　　　　　　　　　　　　　　　St. Louis, Missouri 63101
　　　　　　　　　　　　　　　314.621.8400 Phone
　　　　　　　　　　　　　　　314.621.8843 Fax
　　　　　　　　　　　　　　　cmf@friedman-legal.com

*So Ordered*
*John A. Ross* [1]
1/20/15

## CERTIFICATE OF SERVICE

    I hereby certify that on January 19, 2015, I electronically filed the foregoing and the attached proposed order with the Clerk of the Court using the CM/ECF system which will give notice of such filing to all parties.

                                      s:/ C. Marshall Friedman

                                      C. Marshall Friedman